UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| CAO GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BIOLASE TECHNOLOGY, INC., <br><br> Defendant. | Case No. 8:18-CV-00133-DOC-AGR <br><br> ORDER TO DISMISS CASE WITH PREJUDICE [52] <br><br> Honorable David O. Carter |

Having considered the Parties' Stipulation of Voluntary Dismissal with Prejudice, the Court hereby DISMISSES this case, including all claims and any counterclaims, WITH PREJUDICE. Each Party shall bear its own costs and attorneys' fees.

It is so ORDERED.

DATED: January 31, 2019

By: /s/ David O. Carter
Honorable David O. Carter
U.S. District Judge